IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY A. PARKER,                              )
                          Plaintiff,         )
          vs.                                )
                                             )     Civil Action No. 06-1170
COMMISSIONER OF SOCIAL                       )
SECURITY,                                    )
                          Defendant.         )

## O R D E R

AND NOW, this 2 1 day of March, 2007, after the plaintiff, Mary A. Parker, filed

an action in the above-captioned case seeking review of the Social Security Commissioner's final

determination disallowing her claim for a period of disability or for disability insurance benefits

and supplemental security income benefits, and after cross motions for summary judgment were

submitted by the parties, and after a Report and Recommendation was filed by the United States

Magistrate Judge granting the parties thirteen days after being served with a copy to file written

objections thereto, and no objections having been filed, and upon independent review of the

motions and the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

        IT IS ORDERED that the defendant's motion for summary judgment (Docket No.

12) is granted and the decision of the Social Security Commissioner is affirmed.

Gary L. Lancaster
United States District Judge